UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cause No.  4:09CV01099 CEJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY 171 PIT BULLS, | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER TO VERIFIED COMPLAINT OF FORFEITURE**

COMES NOW Selena Lambrich Davidson, claimant, by and through her attorney, and for her answer to the verified complaint of forfeiture states as follows:

1. Claimant lacks sufficient information to form a belief as to the allegations contained in Paragraphs 1, 2, 5, 6, 7, 8, 9, 10, 11, 12 and 13.

2. Claimant admits the allegations of Paragraphs 3 and 4.

3. Claimant Selena Lambrich Davidson states that she is entitled to the relief as set forth in her verified claim which has been filed with this court and which is incorporated herein by reference.

WHEREFORE, Claimant Selena Lambrich Davidson requests that this Honorable Court dismiss, deny and overrule the petition for judicial forfeiture as applied to her two pit bulls by the name of Harry and Cocoa, as more fully described in her verified claim, to return those to her forthwith, and for such other and further relief as the court deems just and proper in the premises.

JAMES J. KNAPPENBERGER, ATTORNEY, L.L.C.

By /S/ James J. Knappenberger
Attorney for Claimant
222 S. Meramec, Suite 203
Clayton, Missouri 63105
(314) 721-2274
(314) 721-8454 Facsimile
E-Mail: jjk@knappenbergerlaw.com

Copy hereof delivered this 29th day of August, 2009 by this Court's electronic filing system, to Ms. Julia M. Wright, Assistant United States Attorney, c/o Janet Gum, Asset Forfeiture Specialist, U. S. Attorney's Office, 111 South Tenth Street, 20th Floor, St. Louis, Missouri 63102.

/S/ James J. Knappenberger