UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09-CV-1099 (CEJ) |
| | ) | |
| APPROXIMATELY 171 PIT BULLDOGS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT OF FORFEITURE**

Plaintiff, United States of America has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of Final Judgment by Default. Plaintiff has shown that there was reasonable cause for seizure of the defendant property, that a complaint for forfeiture was filed, that Conelio Ybarra, Percy Walton, Steven Tatalovich, Michael Morgan, Teddy Kiriakidis, Estathios Siaravas, Ronald Creech, Robert Hackman, Tonia Hitchcock, Tim Kirk, Cannibal Kennel, Shake Rattle and Roll Kennel, and Hard Goodbye Kennel, were served with process and that any and all other potential claimants have been served by publication. All claims that have been filed have been settled. No other potential claimant has filed a claim to the defendant property within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Clerk of the Court has entered a default in this action. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED:

(1) That a judgment by default is hereby entered against the defendant property;

(2)  That all persons claiming any right, title or interest in or to the defendant property are held in default;

(3)  That the defendant property, now consisting of approximately 189 pit bulldogs, is hereby forfeited to the United States of America pursuant to Title 7, United States Code, Section, 2156(f); and

(4)  That the defendant property be disposed of according to law and in accordance with the future direction of this Court.

IT IS FURTHER ORDERED, FOUND AND CERTIFIED:

(5)  That, pursuant to Title 28, United States Code, Section 2465, reasonable cause existed for the seizure of the defendant property.

SO ORDERED:

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of September, 2009.